UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:                                                                                       CASE NO. 14-20050
JANELLE PATRICE THROWER

DEBTOR(S)

# ORDER

It appearing to the court that the debtor(s) has not complied with the order to file required documents [Docs. 14 and 15] entered February 3, 2014, the court finds that this case should be and hereby is dismissed.

Notice to All Creditors and Parties in Interest

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Monday, February 24, 2014**
**(tnw)**